

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 30, 2020**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTYC COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| JENNIFER HALVERSON, § | | CASE NO. 19-41682-ELM-7 |
| § | | |
| DEBTOR. § | | |
| | | |
| WILLIAM T. NEARY, § | | |
| UNITED STATES TRUSTEE, § | | |
| § | | |
| PLAINTIFF, § | | ADVERSARY NO. 19-4088-ELM |
| § | | |
| v. § | | |
| § | | |
| THE CROSLAND LAW FIRM, PLLC, § | | HON. EDWARD LEE MORRIS |
| SETH P. CROSLAND, AND § | | |
| PATRICK HOPKINS, § | | |
| § | | |
| DEFENDANTS. § | | |

**Order Granting United States Trustee's Motion for Entry of Default Judgment
Against Defendants Seth Crosland and the Crosland Law Firm, PLLC**

[resolving docket no. 16]

1

Came on for hearing, the United States Trustee's *Motion for Default Judgment Against Defendants Seth Crosland and the Crosland Law Firm, PLLC* [docket no. 16]. After an evidentiary hearing, the Court finds that cause exists to grant the requested relief. For the reasons stated on the record, the Court

**ORDERS** that all pre-petition and post-petition agreements between Seth Crosland, the Crosland Law Firm, PLLC, and/or Debtor Jennifer Halverson shall be canceled as void; the Court further

**ORDERS** that, to the extent that any monies have not yet been refunded, Seth Crosland and/or the Crosland Law Firm, PLLC shall refund any monies received from Debtor Jennifer Halverson; the Court further

**ORDERS** that Defendant Seth Crosland shall be enjoined from practicing bankruptcy law in the United States Bankruptcy Court for the Northern District of Texas for a two year period commencing from the entry date of this Order; the Court further

**ORDERS** that the United States Trustee shall transmit to the Clerk of Court for the United States District Court for the Northern District of Texas copies of this Order, any relevant documents docketed in this Adversary Proceeding, a transcript of the January 28, 2020 hearing, and all exhibits admitted into evidence at that same hearing, and that the United States Trustee shall copy both Defendants Seth Crosland and the Crosland Law Firm, PLLC on all correspondence and documents transmitted to the District Court.

### End of Order ###

Proposed form of order prepared by:

Erin Marie Schmidt  
Texas State Bar No.24033042  
Office of the United States Trustee  
1100 Commerce St. Room 976  
Dallas, Texas 75242  
Erin.Schmidt2@usdoj.gov  
(214) 767-1075